No. 409. TWIN FALLS COUNTY *v.* HENDERSON. Decided November 7, 1938. *Per Curiam:* The appeal herein is dis-

missed (1) for the want of a substantial federal question, *Pawhuska* v. *Pawhuska Oil & Gas Co.*, 250 U. S. 394; *Trenton* v. *New Jersey*, 262 U. S. 182; *Williams* v. *Mayor*, 289 U. S. 36, 40; *Los Angeles* v. *Los Angeles County Flood Control District, ante*, p. 564; (2) for the reason that the judgment sought herein to be reviewed is based upon a non-federal ground adequate to support it, *Eustis* v. *Bolles*, 150 U. S. 361, 366; *Hale* v. *Lewis*, 181 U. S. 473, 479; *Gauss* v. *Detroit Trust Co.*, 297 U. S. 695. *Mr. James R. Bothwell* for appellant. No appearance for appellee.